**Electronically Filed**
**Supreme Court**
**SCWC-16-0000369**
**20-JUN-2019**
**12:28 PM**

SCWC-16-0000369

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

BRANDON B.W. GOO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000369; CASE NO. 1DTA-15-01524)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Brandon B.W. Goo's

application for writ of certiorari, filed on May 9, 2019, is

hereby rejected.

DATED: Honolulu, Hawai'i, June 20, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

